**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCCORMICK 108, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CROWN PROPERTY LLC, D/B/A CROWN PROPERTY AMBOY LLC, JIE XU, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,<br><br>AND<br><br>THE BARILLARI LAW FIRM, PC, BISIGNANO LAW FIRM PLLC, ARNOLD FATT MIC INC., SCAGLIONE ARCHITECT, AJELLO & SPADARO ATTORNEYS AT LAW, DINGER CONTRACTING & DINGER BUILDING, WISHES OF LITERACY, CIRCLE OF LIGHT, MARY HERNANDEZ CHHC, ADDP, JANICE REALTY, STRENGTH WITHIN YOGA, SOUTH SHORE DENTAL LAB, SANSBURY MEDICAL,<br><br>Defendants. | CIVIL ACTION<br><br>No. 1:25-cv-06421 |

**DECLARATION OF CHRISTOPHER P. SCHUELLER IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION BY ORDER TO SHOW CAUSE TO HOLD DEFENDANTS CROWN PROPERTY LLC, D/B/A CROWN PROPERTY AMBOY LLC AND JIE XU IN CONTEMPT**

**CHRISTOPHER P. SCHUELLER**, an attorney admitted to practice in the courts of New York State, declares the following to be true under the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice law in the State of New York. I am a shareholder in Buchanan Ingersoll & Rooney PC, attorney for the Plaintiff in the above captioned commercial mortgage foreclosure action.

2. By Memorandum and Order dated September 4, 2026 filed at ECF 37 ("**Receivership Order**"), the Court appointed Deborah Riegel ("**Receiver**") over real estate located at 3974 Amboy Road, Staten Island, New York 10308 (the "**Property**"). However, defendants Crown Property, LLC d/b/a Crown Amboy LLC ("**Borrower**'") and Jie Xu ("**Guarantor**" and together with Borrower the "**Obligors"**) have refused to turn over possession of the Property or its rents to the Receiver.

3. A true and accurate copy of an e-mail chain with opposing counsel regarding the refusal of the Obligors to comply with the Receivership Order is attached as **Exhibit A**.

4. A copy of a proposed order is attached as **Exhibit B**.

5. Plaintiff respectfully requests that the Court hear Plaintiff's contempt motion ("**Contempt Motion**") on an emergency basis by order to show cause because on October 1, 2026 additional rents will be due and owing at the Property. The Receiver needs to be in control of the Property by October 1, 2026 to ensure that the Obligors do not divert the October rents to themselves. For approximately the past two years, the Obligors have failed to make any debt service payments or pay any taxes or account for where the rents have gone.

**WHEREFORE**, the Plaintiff respectfully requests that the Plaintiff's Contempt Motion be granted on an expedited basis.

Dated: September 22, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher P. Schueller*
Christopher P. Schueller
*Attorneys for Plaintiff*
640 5th Avenue
New York, NY 10019
Email: christopher.schueller@bipc.com
Telephone: 212-440-4400