**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

Case No.: 25-cv-6421 NGG-PK

MCCORMICK 108, LLC,

Plaintiff,

-against-

CROWN PROPERTY LLC, D/B/A
CROWN PROPERTY AMBOY LLC,
JIE XU, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,
NEW YORK CITY DEPARTMENT OF FINANCE,
NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE,
CROWN CASTLE AS LLC,

Defendants.

---------------------------------------------------------X

**DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

WILLIAM X. ZOU, an attorney admitted to practice before this Court, declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of Bill Zou & Associates PLLC, counsel of record for Defendants Crown Property LLC, d/b/a Crown Property Amboy LLC, and Jie Xu ("Defendants") in the above-captioned action. I have personal knowledge of the facts set forth below, as I personally authored, sent, or received the correspondence described herein. I submit this affirmation in opposition to Plaintiff's motion for contempt, to place before the Court the exhibits referenced in the accompanying Memorandum of Law.

2. Attached as Exhibit 1 is a true and correct copy of the Court's September 4, 2026 Memorandum and Order (Dkt. 37).

3. Attached as Exhibit 2 is a true and correct copy of the email correspondence among the undersigned, Plaintiff's counsel, and the Receiver, dated September 11, 2026 through September 24, 2026 (excluding emails regarding settlement talks).

4. Pursuant to Local Civil Rule 7.2, attached as Exhibit 3 is a true and correct copy of the decision filed at Docket No. 56 in Home Loan & Investment Bank, F.S.B. v. Lauday, Inc., No. 09-cv-3088 (ERK)(MDG) (E.D.N.Y.), titled "Order Appointing Receiver and Report and Recommendation," cited in the accompanying Memorandum of Law.

5. Pursuant to Local Civil Rule 7.2, attached as Exhibit 4 is a true and correct copy of the order filed at Docket No. 57 in Home Loan & Investment Bank, F.S.B. v. Lauday, Inc., No. 09-cv-3088 (ERK)(MDG) (E.D.N.Y.), titled "Order Appointing a Receiver in Mortgage Foreclosure Action," cited in the accompanying Memorandum of Law.

6. Pursuant to Local Civil Rule 7.2, attached as Exhibit 5 is a true and correct copy of the order filed at Docket No. 47 in Fed. Nat'l Mortg. Ass'n v. JDM Washington Street LLC, No. 1:25-cv-01728 (LJL) (S.D.N.Y. Mar. 21, 2025), titled "Order Appointing Receiver," cited in the accompanying Memorandum of Law.

7. I respectfully submit this affirmation, together with the accompanying Memorandum of Law, in support of Defendants' opposition to Plaintiff's motion, and respectfully request that the Court deny the motion in its entirety.

Dated: Flushing, New York
September 25, 2026

*/s/ William X. Zou*

William X. Zou